# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL S. TRACEY, :

      Plaintiff : CIVIL ACTION NO. 3:17-CV-0470

      vs. : (MANNION, D.J.)
              (SAPORITO, M.J.)

NANCY A. BERRYHILL, ACTING :
COMMISSIONER OF SOCIAL
SECURITY, :

      Defendant :

FILED
SCRANTON
FEB 28 2018

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's objections to the report and recommendation, (Doc. 15), are **OVERRULED**;
2. The report and recommendation, (Doc. 14), is **ADOPTED**;
3. The plaintiff's appeal, (Doc. 1), of the defendant Commissioner's decision is **DENIED** and, the decision of the Commissioner is **AFFIRMED**; and
4. The Clerk of Court is directed to close this case.

                    s/ *Malachy E. Mannion*
                    MALACHY E. MANNION
                    United States District Judge

**Dated: February 28, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0470-01-Order.wpd